IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY KIRBY**  **PLAINTIFF**
**ADC #661406**

v.  Case No. 4:22-cv-01263-KGB-JJV

**JOE PAGE, Warden,**
**Pine Bluff Unit, ADC**  **DEFENDANT**

## ORDER

The Court has reviewed the Partial Recommend Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). Plaintiff Billy Kirby has not filed any objections, and the time to do so has passed. After careful consideration, the Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects (*Id.*).

It is therefore ordered that:

1. Mr. Kirby may proceed with his inhumane conditions claim under the Eighth Amendment against defendant Joe Page in his personal capacity only.

2. All other claims in Mr. Kirby's amended complaint are dismissed without prejudice for failing to state a claim upon which relief may be granted (Dkt. No. 6).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not taken in good faith.

It is so ordered this 2nd day of March, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge